UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

                                                      Plaintiff,

       **CLEMENT DOOKHAN**       **INDEX# CV 14-4587**

       --- AGAINST ---                    **AFFIDAVIT OF SERVICE**

       **THE BROOKDALE HOSPITAL MEDICAL CENTER, ET. AL.**
                                                                Defendant,

---

STATE OF NEW YORK)
                    )SS.
COUNTY OF ALBANY )

MARIA SCHMITZ being duly sworn, deposes and says:

That she is over the age of eighteen years and is not a party to this action.

That on the 13th day of August, 2014, she served the Summons in a Civil Action and Complaint at 2:30 p.m. on BROOKDALE FAMILY CARE CENTERS, INC., a domestic corporation, one of the defendants in this action by personally delivering to and leaving with a person, CHAD MATICE, a white male, with brown hair, glasses, approximately 5'10", 29 years of age and 185 lbs authorized by the Secretary of State to receive such service, at the office of the Department of State in the City of Albany, New York, duplicate copies thereof together with the sum of $40.00 (forty dollars), the statutory fee.

                                                                                 MARIA SCHMITZ

Sworn before me this
13th day of August, 2014

LAWRENCE A. KIRSCH
    4787475
Notary Public - State of New York
Residing in Albany County
Commission Expires May 31, 2015