UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CLEMENT DOOKHAN, Individually
and on Behalf of All Other Persons Similarly
Situated,

                            Plaintiff,

  -against-

BROOKDALE FAMILY CARE CENTERS,
INC., JOYCE WYNTERS, TRINA CORNET,
SUSAN PENNACHIO

                           Defendants.
------------------------------------------------------------X

ECF

14 Civ. 4587 (ENV)(JO)

## STIPULATION EXTENDING DEFENDANTS BROOKDALE FAMILY CARE CENTERS, INC., JOYCE WYNERS AND SUSAN PENNACHIO'S TIME TO RESPOND TO THE COMPLAINT

**IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED** by and between the Parties through their undersigned counsel as follows:

1) Plaintiff shall file an Amended Complaint on or before Friday, September 5, 2014;

2) Defendants Brookdale Family Care Centers, Inc. Joyce Wynters and Susan Pennachio shall file an Answer or other response to the operative Complaint on or before October 3, 2014;

3) The Defendants listed in Paragraph 2 waive any defense based on service of process, and reserve all other defenses; and

4) No previous requests for extension of the current putative deadline to respond to the Complaint have been made.

| | |
|---|---|
| LAW OFFICE OF WILLIAM COUDERT RAND<br>*ATTORNEY FOR PLAINTIFF*<br>488 Masdison Avenue, Suite 1100<br>New York, New York 10022<br>(212) 286-1425 | JACKSON LEWIS P.C.<br>*ATTORNEYS FOR DEFENDANTS*<br>*BROOKDALE FAMILY CARE CENTERS,*<br>*INC., JOYCE WYNTERS AND SUSAN*<br>*PENNACHIO*<br>58 S. Service Road, Suite 410<br>Melville, NY 11747<br>(631) 247-0404 |

By: _William Coudert Rand w/ permission_
WILLIAM COUDERT RAND, ESQ.

Dated: 9/3/14

By: _Paul Siegel_
PAUL J. SIEGEL, ESQ.

Dated: 9/3/14

SO ORDERED on this ____ day of _____, 2014

_____
United States District Judge