William C. Rand, Esq. (WR-7685)
LAW OFFICE OF WILLIAM COUDERT RAND
488 Madison Avenue, Suite 1100
New York, New York 10022
Phone: (212) 286-1425; Fax: (646) 688-3078

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CLEMENT DOOKHAN, Individually :
and on Behalf of All Other Persons Similarly :            ECF
Situated, :
: 14 Civ. 4587 (ENV)(JO)
Plaintiff, :
    -against- :
:
THE BROOKDALE HOSPITAL MEDICAL :
CENTER, JOYCE WYNTERS, TRINA CORNET, :
SUSAN PENNACHIO, and :
JOHN DOES #1-10, :
Defendants. :
-----------------------------------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to FRCP 41(a)(1)(i), Plaintiff hereby voluntarily dismisses, without prejudice, all claims brought by Plaintiff against Defendant TRINA CORNET in the above captioned proceeding. This Notice of Dismissal is made without prejudice and without attorney fees, costs or any other fees to any party.

Dated: New York, New York
       December 19, 2014

                                            LAW OFFICE OF WILLIAM COUDERT RAND

                                            By: _____
                                            William Coudert Rand (WR 7685)
                                            488 Madison Avenue, Suite 1100
                                            New York, New York 10022
                                            Phone: (212) 286-1425
                                            *Attorney for Plaintiffs*